IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITUDE INNOVATIONS LLC,<br><br>        Plaintiff,<br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., ET AL.,<br><br>        Defendants. | CIVIL ACTION NO. 1:11−CV−01197−LPS |

## **STIPULATION OF DISMISSAL**

Plaintiff Digitude Innovations, LLC ("Digitude") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC ("Samsung"), through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action is dismissed with prejudice with each party to bear its own costs.

Dated: May 8, 2012

| | |
|---|---|
| */s/ Edmond D. Johnson*<br>Edmond D. Johnson (Del. Bar No. 2257)<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>(302) 777-6500<br>*johnsone@pepperlaw.com*<br><br>*Attorney for Plaintiff*<br>*Digitude Innovations LLC* | */s/ Thomas Lee Halkowski*<br>Thomas Lee Halkowski (Del. Bar No. 4099)<br>Fish & Richardson, P.C.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>(302) 652-5070<br>*halkowski@fr.com*<br><br>*Attorney for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC* |